CO-386
10/2018

# United States District Court
# For the District of Columbia

DBW Partners LLC d/b/a/ The Capitol Forum　　　　)
)
)
)
　　　　　　　　　　Plaintiff　　)　　Civil Action No._____
)
vs　　　　　　　　　　　　　　　)
Market Securities LLC　　　　　　)
)
)
　　　　　　　　　　Defendant　　)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __DBW Partners LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DBW Partners LLC_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Signature

257667_____　　　John B. Williams_____
BAR IDENTIFICATION NO.　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　1629 K Street, N.W. Suite 300_____
　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　Washington, D.C.　　20006_____
　　　　　　　　　　　　　　　　　　　　City　　　　　State　　　　Zip Code

　　　　　　　　　　　　　　　　　　　　202-277-8435_____
　　　　　　　　　　　　　　　　　　　　Phone Number