UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>1629 K Street, N.W., Suite 300<br>Washington, D.C. 20006<br><br>*Plaintiff*<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>85 Broad Street, 17th Floor<br>New York, New York 10004<br><br>*Defendant* | CIVIL ACTION NO.: 22-1333 (BAH)<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

**<u>DEFENDANT'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and all of the prior pleadings and proceedings in this action, Defendant Market Securities, LLC ("Defendant" or "Market Securities"), by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint filed by Plaintiff DBW Partners, LLC d/b/a The Capitol Forum, *with prejudice*.

Dated:  July 15, 2022                                      Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:      S/ *Kerry B. Brownlee*
             Kerry B. Brownlee
             NY Bar No. 5309075
             kbrownlee@ipcounselors.com
             Jason M. Drangel (JD 7204)

1

NY Bar No. 2538981
jdrangel@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Defendant*
*Market Securities, LLC*
*PRO HAC VICE*

**COPYRIGHT COUNSELORS, LLC**

BY:   S/ *John D. Mason*
John D. Mason
DC Bar No. 464072
7315 Wisconsin Ave.
Suite 400 West
Bethesda, MD 20814
Telephone: (888) 313-3637
Facsimile: (301) 760-7032
jmason@copyrightcounselors.com
*Attorney for Defendant*
*Market Securities, LLC*