UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DBW PARTNERS, LLC<br>d/b/a THE CAPITOL FORUM,<br>  1629 K Street, N.W.<br>  Suite 300<br>  Washington, DC 20006 | :<br>:<br>:<br>:<br>: | Civil Action 1:22-cv-01333-BAH |
| Plaintiff, | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| MARKET SECURITIES, L.L.C.<br>  85 Broad Street, 17th Floor<br>  New York, New York, 10004 | :<br>:<br>: | |
| Defendant. | : | |

**PROPOSED ORDER**

Upon consideration of the Motion of Plaintiff, DBW Partners LLC, d/b/a The Capitol Forum to Amend the Complaint in this action to add a claim for direct copyright infringement against BTG Pactual US LLC, and to add a contributory copyright infringement claim against Market Securities, LLC, and all supporting and opposing memorandum, and upon due consideration of the matter, it is hereby ordered, this __ day of ____, 2023, that the Amended Complaint is accepted for filing.

Dated: _____                    _____

                                    THE HONORABLE BERYL A. HOWELL

1