UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC<br>d/b/a THE CAPITOL FORUM,<br><br>Plaintiff,<br><br>v.<br><br>MARKET SECURITIES, L.L.C.<br><br>Defendant. | Civil Action 1-22-01333-BAH |

## STIPULATION

The undersigned counsel for the parties, Plaintiff DBW Partners, LLC d/b/a The Capitol Forum's ("DBW Partners"), and Defendant Market Securities, LLC ("Market Securities") hereby stipulate to the following:

1. That a second amended complaint should be filed in this action by DBW Partners and that the Court should accept the lodging of this second amended complaint; and

2. That the presently pending amended complaint, filed June 16, 2023, should be considered moot; and

3. That the second amended complaint shall be filed within ten days of the Court's entry of the attached proposed order.

DATED:  August 30, 2023

WILLIAMS LOPATTO, PLLC

By: _/s/_____
JOHN B. WILLIAMS
1629 K Street, N.W.  Suite 300
Washington D.C. 20006
Tel: (202) 277-8435
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*


EPSTEIN DRANGEL LLP


By: ____/s/_____
JASON M. DRANGEL
Kerry B. Brownlee
60 East 42nd St. Suite 1250
New York, New York 10165
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
212-292-5390


AND


JOHN D. MASON
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
301-760-7032


*Counsel for Defendant*