UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC<br>d/b/a THE CAPITOL FORUM,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARKET SECURITIES, L.L.C.<br><br><br>                    Defendant. | Civil Action 1-22-01333-BAH |

**PRAECIPE**

The undersigned counsel file this Praecipe to advise the Court of their agreement regarding Plaintiff DBW Partners, LLC d/b/a The Capitol Forum's ("Plaintiff" or "DBW") filing of a second amended complaint in this action.

There is presently pending a motion to amend the complaint, filed by Plaintiff on June 16, 2023.  Dkt. No. 25. Since the filing of that motion to amend, Plaintiff has become aware of further amendments to the complaint that it wishes to make based on discovery that has occurred to date, including additional allegations of direct infringement against Defendant Market Securities, LLC ("Defendant" or "Market Securities") and a claim against an additional party, BTG Pactual. While Market Securities disputes that such amendments have merit, the parties have agreed that a superseding amendment to the complaint would streamline this action.  The parties agree that Plaintiff shall file its second amended complaint within 10 days of the Court's

order on this Praecipe. The parties agree that the superseding second amended complaint should be lodged.

The parties therefore respectfully request that the Court refrain from ruling on the pending motion to amend and accept the forthcoming amended complaint. This course of action will permit the Defendant to address all Fed. R. Civ. P. 12(b)(6) issues in a single filing.

In the interim, discovery is continuing, although the parties may request an extension of the present discovery deadlines in view of the allegations raised in the forthcoming amendment.

DATED:  August 30, 2023

WILLIAMS LOPATTO, PLLC

By: _/s/_____
JOHN B. WILLIAMS
1629 K Street, N.W.  Suite 300
Washington D.C. 20006
Tel: (202) 277-8435
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*

EPSTEIN DRANGEL LLP

By: ____/s/_____
JASON M. DRANGEL
Kerry B. Brownlee
60 East 42nd St. Suite 1250
New York, New York 10165
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
212-292-5390

AND

JOHN D. MASON
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
301-760-7032

*Counsel for Defendant*