UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DBW PARTNERS LLC<br>d/b/a THE CAPITOL FORUM, | : <br> : <br> : | Civil Action No. 22-1333 (BAH) |
| Plaintiff, | : <br> : | |
| v. | : <br> : <br> : | JURY TRIAL DEMANDED |
| MARKET SECURITIES, LLC. | : <br> : | |
| And | : <br> : <br> : | |
| BTG PACTUAL ASSET<br>MANAGEMENT US L.L.C. | : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

## REQUEST FOR SUMMONS TO ISSUE

TO ANGELA D. CAESAR,
CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

On behalf of the Plaintiff, DBW Partners, LLC, we request the issuance of a summons to be served upon defendant BTG PACTUAL ASSET MANAGEMENT US, LLC, whose address is:

The Corporation Trust, 1209 Orange St, Wilmington Delaware 19801.

Respectfully submitted,

DATED:     Washington, D.C.          WILLIAMS LOPATTO, PLLC

September 20, 2023

By:_/s/_____
JOHN B. WILLIAMS (D.C. Bar No. 257667)
1629 K Street, N.W.  Suite 300
Washington D.C. 20006
Tel: (202) 277-8435
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, a true and correct copy of Plaintiff's **REQUEST FOR SUMMONS TO ISSUE** was served by electronic mail on counsel for Market Securities, LLC:

>Jason M. Dragnel
>Kerry B. Brownlee
>60 East 42nd St. Suite 1250
>New York, New York 1016
>jdrangel@ipcounselors.com
>kbrownlee@ipcounselors.com
>212-292-5390
>
>John D. Mason
>7315 Wisconsin Avenue
>Suite 400 West
>Bethesda, Maryland 20814
>jmason@copyrightcounselors.com
>301-760-7032
>
>*Counsel for Market Securities, LLC*

/s/
_____
John B. Williams