AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM, ) <br> *Plaintiff* ) <br> v. ) <br> MARKET SECURITIES, LLC & BTG PACTUAL ASSET MANAGEMENT US, LLC ) <br> *Defendant* ) | Case No.   1:22-cv-01333-BAH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT BTG PACTUAL ASSET MANAGEMENT US, LLC                   .

Date:   10/13/2023

/s/ James E. Armstrong, IV
*Attorney's signature*

James E. Armstrong, IV,  D.C. Bar No. 460470
*Printed name and bar number*

LOCKE   LORD LLP
701 8th Street, N. W.
Suite 500
Washington, DC 20001
*Address*

jamie.armstrong@lockelord.com
*E-mail address*

(202) 220-6900
*Telephone number*

(202) 220-6945
*FAX number*