## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>*Plaintiff,*<br><br>v.<br><br>MARKET SECURITIES, LLC and BTG PACTUAL ASSET MANAGEMENT US LLC<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action 1:22-cv-01333-BAH<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES S. BAKER

Defendant BTG Pactual Asset Management US LLC ("BTG"), by and through its undersigned counsel, hereby respectfully seek admission to this Court of Charles S. Baker, pursuant to Local Rule 83.2(c).

As grounds therefore, BTG relies on the contemporaneously submitted declaration of Charles S. Baker, attached hereto as Exhibit 1, and Certificate of Good Standing issued from the State Bar of Texas on October 11, 2023, attached hereto as Exhibit 2.

Counsel for the Plaintiff was consulted about this Motion and does not oppose it. A proposed Order accompanies this motion.

Dated: October 13, 2023

Respectfully Submitted,

*/s/ James E. Armstrong, IV*
James E. Armstrong, IV
D.C. Bar No. 460470
LOCKE LORD LLP
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
(202) 220-6900 Telephone
(202) 220-6945 Facsimile