# EXHIBIT 4

## THE CAPITOL FORUM
## SUBSCRIPTION AGREEMENT

This Subscription Agreement is entered into as of the date listed below by and between the subscriber listed below ("**Subscriber Organization**") and The Capitol Forum. Upon execution, this Agreement will amend, restate and supersede in its entirety the prior Subscription Agreement entered into between Subscriber Organization and The Capitol Forum.

1. **GRANT OF AUTHORITY.** Subscriber Organization acknowledges that the contents of The Capitol Forum are copyrighted by The Capitol Forum or its licensors. This Agreement grants Subscriber Organization a limited, non-exclusive, revocable, nontransferable, non-assignable worldwide license to access The Capitol Forum content. This license permits only the individual Users identified in Appendix A to this Agreement to access The Capitol Forum content. Each such User may view The Capitol Forum content on a computer or similar device and may print one paper copy for their individual use. Copies created as part of the normal background operation of a computer system and not normally viewed (e.g., system back-up) are permissible. Except as provided above, no copying or distribution in any media is authorized. Thus, forwarding content electronically is prohibited; posting content on an intranet or website is prohibited, and otherwise providing content to non-Users is prohibited.

2. **MONITORING.** To monitor electronic delivery accuracy and copyright compliance, The Capitol Forum may use electronic delivery software, which may forward certain technical data and newsletter usage information from any computer that opens the newsletter email to The Capitol Forum. The Capitol Forum will not share this information with anyone outside the company, nor will The Capitol Forum use it for any commercial purpose.

3. **PAYMENT TERMS.** Subscriber Organization shall be billed annually, in advance, in an amount equal to the 12-month subscription price specified in Appendix A. Payment shall be due upon receipt of the invoice. Accounts not paid within 30 days of the invoice date shall be considered delinquent, in which case The Capitol Forum shall have the right to suspend provision of content without prior notice. Subscriber Organization agrees to bear all reasonable costs (including attorneys' fees) that The Capitol Forum incurs to collect payment due hereunder.

4. **TAXES.** This subscription may be subject to sales or use tax based on applicable laws in Subscriber Organization's state of domicile. The Capitol Forum is required to charge sales tax on subscribers located in Illinois, New York, and Washington DC. State sales tax laws and rates are subject to change. Subscriber Organization shall pay any such applicable taxes in addition to the subscription rate.

5. **TERM AND RENEWAL.** The Capitol Forum will provide the services specified in Appendix A to Subscriber Organization for an initial term of beginning on the date shown in Appendix A. This term shall automatically renew for the subsequent 12-month period, unless either party provides the other party written notice of nonrenewal at least 15 days prior to expiration of the then current term. The service fee for each renewal period will be based on the Rate in effect during the then-current term, subject to a five percent (5%) increase occurring on each anniversary of the beginning of the Initial Term.

6. **GENERAL.** This Agreement may not be assigned or otherwise transferred by Subscriber Organization without The Capitol Forum's prior written consent. Should any provision of this Agreement be held to be void, invalid, unenforceable or illegal, it shall be severed from this Agreement and the remaining terms shall remain in full force and effect. This Agreement shall be governed by and construed under the laws of the District of Columbia. All notices hereunder shall be sent, certified mail, to The Capitol Forum at 1200 New Hampshire Avenue NW, Suite 750 Washington, DC 20036 and to Subscriber Organization at the address given in this Agreement, or, by email to The Capitol Forum at tbaine@thecapitolforum.com and to Subscriber Organization at the email address provided below.

Subscriber Organization: BTG Pactual Global Asset Management Ltd

Name: _____

Title: _____

Address:
c/o Conyers Dill & Pearman
Clarendon House, 2 Church St
Hamilton, HM 11, Bermuda

Billing Contact (if different than above)

Name: Kory Zverin

Title: Controller

Email: Kory.Zverin@btgpactual.com

Phone: 646-924-2545

Signature: [signed]

## THE CAPITOL FORUM
## SUBSCRIPTION TERMS

**Services Purchased:** Each Capitol Forum Subscriber Organization User will have access to the following services:

- All content from The Capitol Forum's policy reporting teams, delivered as a digital newsletter in the case of new content and provided through an online library in the case of content previously published.
- Attendance at each of The Capitol Forum's subscriber-only events and panel discussions featuring opinion leaders in private industry as well as leading lawmakers.

**Subscription Rate:** The Capitol Forum will provide the foregoing content for up to five Users for a total 12-month subscription price of $70,000. Notwithstanding the foregoing, the initial 12-month period will be billed at a discounted rate of $40,000. Sales tax will be charged on top of this price, if applicable under law.

**User List:** Subscriber Organization will specify the authorized Users and may replace one authorized User with another at any time during the subscription term.

**Initial 12 -Month Term Beginning Date:** February 21st, 2020

## THE CAPITOL FORUM
## USER LIST

| # | Name | Title | Email |
|---|------|-------|-------|
| 1. | Cristina Suarez | Portfolio Manager | cristina.suarez@btgpactual.com |
| 2. | Stefano Dardi | Portfolio Manager | stefano.dardi@btgpactual.com |
| 3. | | | |
| 4. | | | |
| 5. | | | |