UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC<br>d/b/a THE CAPITOL FORUM,<br><br>  Plaintiff,<br><br>  v.<br><br>MARKET SECURITIES, L.L.C.<br><br>  and<br><br>BTG PACTUAL ASSET<br>MANAGEMENT US L.L.C.<br><br>  Defendants. | CA: 22-01333 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the joint motion of the parties for a further extension of the discovery schedule and the remaining deadlines in the case, it is hereby ordered that this Court's order of September 15, 2023 is amended and that:

1) By May 31, 2024, all fact and expert discovery shall close (including answers to interrogatories, document production, requests for admission, and depositions) and the parties shall jointly file a status report advising the Court whether the parties request (a) referral for a period of mediation, or (b) anticipate that dispositive motions will be filed on the schedule set out in this Scheduling Order;

2) By July 1, 2024, any motion for summary judgment shall be filed, with any opposition due by August 5, 2024, and any reply by August 30, 2024.

Dated: _____         _____
                          Honorable Beryl A. Howell