UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC<br>d/b/a THE CAPITOL FORUM,<br><br>Plaintiff,<br><br>v.<br><br>MARKET SECURITIES, L.L.C.<br><br>and<br><br>BTG PACTUAL ASSET<br>MANAGEMENT US L.L.C.<br><br>Defendants. | CA: 22-01333 (BAH) |

## MOTION FOR FURTHER EXTENSION

In accordance with this Court's Standing Order for Civil Cases (specifically, Section 7), plaintiff DBW Partners, LLC ("DBW Partners") and the defendants, Market Securities, LLC ("Market Securities") and BTG Pactual Asset Management US, LLC ("BTG Pactual") respectfully request an extension of the remaining deadlines set forth on the Amended Scheduling Order entered by the Court on September 15, 2023.

Pursuant to this Court's order of August 31, 2023, DBW Partners filed its Second Amended Complaint on September 11, 2023 (*Dkt. No. 28*) (the "SAC"). The SAC added causes of action against Market Securities and brought a cause of action against BTG Pactual. Market Securities has since filed a Motion to Partially Dismiss the SAC (Dkt. 31) and BTG Pactual has filed a Motion

to Dismiss for Lack of Jurisdiction, or in the alternative, to Transfer the Case. (Dkt 40). Those motions are pending, and discovery cannot proceed with respect to some claims, and cannot proceed at all with respect to others, until the motions are resolved. Moreover, in order to conserve the time and resources of the parties, the parties have agreed that the continuance of certain discovery—specifically, depositions—should be delayed until the resolution of said motions.

At present, the remaining deadlines are as follows:

1) By March 15, 2024, all fact and expert discovery shall close (including answers to interrogatories, document production, requests for admission, and depositions) and the parties shall jointly file a status report advising the Court whether the parties request (a) referral for a period of mediation, or (b) anticipate that dispositive motions will be filed on the schedule set out in this Scheduling Order;

2) By April 15, 2024, any motion for summary judgment shall be filed, with any opposition due by May 20, 2024, and any reply by June 10, 2024.

The parties jointly request that the close of discovery be extended to May 31, 2024, along with the joint status report; and the deadline for summary judgment briefing be extended an equal amount of time, with motions due by July 1, 2024, oppositions by August 5, 2024, and replies by August 30, 2024. BTG Pactual makes this request subject to and without waiving its jurisdictional challenges and that it reserves the right to request further extensions.

One previous extension of time has been requested, and good cause for this further extension exists in view of the need for the Court's guidance.

DATED:  January 11, 2024

Respectfully submitted,

*s/ John B. Williams*

JOHN B. WILLIAMS
WILLIAMS LOPATTO, PLLC
1629 K Street, N.W.  Suite 300
Washington D.C. 20006
(202) 277-8435
jbwilliams@williamslopatto.com

*Counsel for DBW Partners*

*s/ Kerry B. Brownlee*

JASON M. DRANGEL
KERRY B. BROWNLEE
EPSTEIN DRANGEL, LLP
60 East 42nd St. Suite 1250
New York, New York 10165
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
(212) 292-5390

AND

JOHN D. MASON
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
(301) 760-7032

*Counsel for Market Securities*

*s/ Charles Baker*

CHARLES BAKER
LOCKE LORD LLP
The Chase Tower
600 Travis, Suite 2700
Houston, TX 77002
(713) 226-1200
cbaker@lockelord.com

TONYA E. KELLEY, Sr.
LOCKE LORD LLP
701 8th Street, N.W.
Suite 500
Washington, DC 20001
(202) 220-6939
tonya.kelley@lockelord.com


*Counsel for BTG Pactual*