**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DBW PARTNERS LLC        :
d/b/a THE CAPITOL FORUM,     :
               :   Civil Action No. 22-1333 (BAH)
      Plaintiff,      :
               :
    v.          :
               :
           :   JURY TRIAL DEMANDED
MARKET SECURITIES, LLC.     :
               :
               :
      Defendant.     :

## <u>PLAINTIFF'S RESPONSE TO MINUTE ORDER OF MARCH 4, 2025</u>

Plaintiff DBW Partners, LLC, d/b/a The Capitol Forum ("Capitol Forum") submits that the contents of its Motion for Leave to File a Third Amended Complaint, and the contents of the Third Amended Complaint Capitol Forum attached to that Motion, do ***not*** satisfy the six-factor test for the sealing of a document set forth by the D.C. Circuit in *EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996) and *United States v. Hubbard*, 650 F.2d 293, 317-22 (D.C. Cir. 1980). The motion was filed under seal only because defendant Market Securities, LLC ("Market Securities") has insisted that the confidential documents it produced in discovery remain confidential and be filed under seal.

Accordingly, Capitol Forum respectfully suggests that, unless Market Securities can satisfy the six-factor test, the Court direct the Clerk to re-file Capitol Forum's Motion for Leave to File its Third Amended Complaint and Capitol Forum's Third Amended Complaint on the public record.

By: */s/ John B. Williams*
John B. Williams (DC Bar #257667)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W. Suite 300
Washington, D.C.  20006
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

Neil H. Koslowe (DC Bar #361792)
Potomac Law Group, PLLC
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006
Tel.: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff*