**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM, <br><br> *Plaintiff* <br><br> v. <br><br> MARKET SECURITIES, LLC, <br><br> *Defendant* | CIVIL ACTION NO.: 22-1333 (BAH) |

**DECLARATION OF JENNIFER DONAKER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

I, Jennifer Donaker, hereby declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this declaration and such statements are true and correct.

2. I am Head of U.S. Event Driven at Defendant Market Securities, LLC ("Market Securities" or "Defendant"), and have served in this role since in or about February 2016.

3. I make and submit this declaration in connection with Defendant's opposition to Plaintiff's motion for sanctions (*Dkt. No. 56*) (the "Motion").

4. Market Securities is a U.S. FINRA-registered broker dealer that covers an investment strategy known as "risk arbitrage", which assesses the risks associated with mergers and acquisitions in the public markets.

5. A significant component of my job is to assess the financial health of both the seller and buyer,

1

along with the regulatory risks associated with closing the transaction. This requires a constant review of financial records of public companies filed with the Securities and Exchange Commission in quarterly, annual and current event reports, along with press releases, news and other relevant events that impact, or have the potential to impact, the value and therefore, stock price of said companies.

6. Plaintiff is one of many news sources that at times has the potential to cause the price of a stock to change, which can be material to investors.

7. Based on my review, and extrapolation, between 2019 and 2023, approximately 1,432 companies were involved in a public merger and acquisition. While we monitor all deals, it is typically about one-third to half of the deals where we can provide value by reviewing their continuous financial reporting, global regulatory process, and any events impacting the value of said companies, coupled with our ability to provide execution and liquidity to our clients on said deals. We also analyze the comparable peers of said companies, which typically includes a minimum of 3-5 other public companies.

8. In my day to day role, I predominantly communicate with clients, which are large institutional investors, such as mutual funds, pension funds, banks and hedge funds, among others, by telephone and through the Bloomberg terminal using Instant Bloomberg chats ("IB Chat(s)").

9. The Bloomberg terminal is the most widely used computer system for investment professionals, which enables financial professionals to access and monitor real-time stock market data, analytical tools, provides news of its own along with other news outlets small and large, trading execution platform and algorithmic trading tools, and allows users to communicate with one another.

10. As part of my job, I draft short commentaries in response to stock price movements or that

reflect new information entering the stock market in real time (i.e. updated public comments, news articles, SEC filings, trading dynamics that impact price), and provide my views on how such new information should be considered to help clients make informed investment decisions in response to the price movement. I send out the same via IB Chats to all, or the vast majority of clients, simultaneously.

11. I also routinely respond to urgent questions from clients relating to, among other things, swift changes in the stock market via telephone and IB Chats. Clients are typically trying to understand the cause for any stock movement, followed by my view on if such movement is warranted to determine how to trade in response. This is part of the ordinary course diligence done by investors to make informed investment decisions.

12. On the Bloomberg terminal, Market Securities only has access to one years' trailing worth of IB Chats at any given time locally on our systems. IB Chat data going further back is maintained and archived by third party vendors. Therefore, such archived IB Chat data is not accessible or stored locally (such as via Outlook or otherwise).

13. BTG Pactual Asset Management ("BTG"), which is a client of Market Securities, is a financial institution, which has an investment bank, asset management and other offerings. As a client, BTG is commonly known as the "Buy-Side" as it is an actual investor in companies, whereas Market Securities is known as the "Sell-Side" and does not invest in any companies (to avoid conflicts of interest in recommendations to clients).

14. As such, BTG is not subject to the same data retention requirements, among other requirements, as Market Securities.

15. After receiving Plaintiff's First Request for Production of Documents on Defendant (the "First RFPs"), Market Securities employees, including myself, began searching for responsive

documents using the following search terms, which were agreed upon by the parties to this case: CapForum, Capitol Forum, Capital Forum, Cap Forum, and Cappy (the "Search Terms").

16. Due to access to only approximately one years' worth of IB Chat data, in May 2023, Market Securities engaged Bloomberg Vault to extract IB Chat data associated with three (3) different Bloomberg user accounts: UUID 17914760 (Jennifer Donaker), UUID 17914700 (Stephen Grahling), and UUID 25113852 (Eddie Lee), using the Search Terms, for October 30, 2019 to April 11, 2022 (the "June 2023 Bloomberg Vault Data").

17. Market Securities was advised that the June 2023 Bloomberg Vault Data would be nearly four (4) gigabytes of data, and would cost $6,000 to pull, inclusive of VAT; Market Securities approved, and paid, this cost.

18. In or about June 2023, Market Securities received the June 2023 Bloomberg Vault Data, which contained approximately 3.3 GB of data, produced by Bloomberg Vault in three (3) folders of data associated with three (3) different Bloomberg user accounts: UUID 17914760 (Jennifer Donaker), UUID 17914700 (Stephen Grahling), and UUID 25113852 (Eddie Lee). In addition to various irrelevant audit files and .gz files that could not be opened at the time, each folder included voluminous text files consisting of IB Chats occurring via the Bloomberg terminal.

19. Based upon my research, 1gigbyte of data in text file format (.txt) is equal to approximately 678,000 pages, and as such, approximately 3.3GB of data in .txt format equates to approximately 2,237,400 pages.

20. More specifically, the June 2023 Bloomberg Vault Data consisted of the following:

4

| Folder | Custodian | Number of Text Files of IB Chats Within Folder | Raw Size (MB) | Characters (in millions) |
|---|---|---|---|---|
| UUID_25113852_20230525093646 | Eddie Lee | 5 | 1,015 | 1,029 |
| UUID_17914760_20230525081720 | Jennifer Donaker | 5 | 1,048 | 1,063 |
| UUID_17914700_20230525090822 | Stephen Grahling | 5 | 1,221 | 1,238 |
|  | TOTAL | 15 | 3,283 (3.3 GB) | 3,331 (3.3 billion) |

21. Within each text file in the June 2023 Bloomberg Vault Data, there was a substantial amount of duplication of IB Chats, and among the text files of the different users, there was a significant amount of overlap and duplication. By way of example, myself, Stephen Grahling and Eddie Lee are all in the same chat rooms with each of our clients. Each of our clients typically has at least 3-7 individuals on its side that are also in the chat. Thus, when I send a comment into my client chat room (which we typically do simultaneously), these are duplicated by the number of persons per chat room. As a result, the June 2023 Bloomberg Vault Data often yielded an IB Chat duplicated as much as 100 times.

22. While the June 2023 Bloomberg Vault Data was yielded by the Search Terms, a very large number of the IB Chats do not relate to Plaintiff or this litigation. This is because of the long duration and amount of the IB Chats that occurs each day with all our clients.

23. Given the issues presented by the June 2023 Bloomberg Vault Data (e.g., the volume of the data, the duplication and irrelevant results), I, along with Stephen Grahling and Eddie Lee, split up the files provided to us by Bloomberg Vault, and we each went through our designated portions by searching for the Search Terms and copying and pasting the results yielded into a Word document, which I sent to our counsel. Transcript of Deposition of Jennifer Donaker, Thursday, November 21, 2024, *Dkt. No. 56-7* ("Donaker Tr."), 40:1-43:8.

24. Going through the June 2023 Bloomberg Vault Data was an extremely laborious process, particularly because of the size of the data and the high level of duplications, which, based on my best estimation and recollection, likely took upwards of eighty (80) hours collectively—among myself, Mr. Grahling, and Mr. Lee—to complete. Donaker Tr., 43:9-44:9.

25. Due to the passage of time in this litigation, the IB Chats previously pulled by Market Securities in or about April 2023 were not accessible to Market Securities employees in November 2024.

26. In or about November 2024, Market Securities once again engaged Bloomberg Vault to extract IB Chat data associated with three (3) different Bloomberg user accounts: UUID 17914760 (Jennifer Donaker), UUID 17914700 (Stephen Grahling), and UUID 25113852 (Eddie Lee), using the Search Terms for two (2) years rolling back from April 30, 2023 (the "2024 Bloomberg Vault Data").

27. For the 2024 Bloomberg Vault Data, which was received by Market Securities in or about December 2024 and approximately 0.25 GB in size, Market Securities had to pay Bloomberg Vault another $6,000, inclusive of VAT.

28. I have one cellphone, which is not issued or paid for by Market Securities, and is for personal use.

29. Prior to on or about June 2021 when Google made certain changes to its storage policies, I took advantage of Google's free storage, and would backup certain personal data from my personal cellphone to Google's cloud system.

30. Sometime after Google's policy change, believed to be in or about 2022, I began paying for a subscription, for personal use, to Google One for 100 GB of storage, and since that time, I have automatically backed up select personal data (excluding WhatsApp, among other applications and data, due to a limited storage capacity in light of a high volume of personal photographs, etc.).

31. In my deposition testimony, when I said "All my data from my phone is backed up to the Google cloud.·All my data.·To the extent that the data exists, it's all on Google cloud" (Transcript of Jennifer Donaker Deposition, "Donaker Tr.", 255:15-17), I was referring to all of my personal data, excluding WhatsApp data, which I do not automatically back up to any cloud-based system.

32. Based on my review of WhatsApp's settings, currently, you can set messages to delete after 24 hours, 7 days, or 90 days.

33. As I testified at my deposition, I began using WhatsApp on or about when I had my first child in 2014, as a way to receive notifications and photographs from my family and her school. Donaker Tr., 293: 16-294: 4. Given the large volume of photos and videos sent, I set my messages to automatically delete after, to the best of my recollection, either 24 hours or 7 days due to storage restrictions; I have only ever manually backed up select personal data, such as personal photos, received via WhatsApp.

34. When Market Securities received a cease and desist letter from Plaintiff in or about October 27, 2021, the above-mentioned automatic delete settings on WhatsApp were already in effect,

7

and only selected WhatsApp personal materials I chose to back up were on my Google Cloud.

35. As I testified at my deposition "I checked Google cloud. There was nothing." Donaker Tr., 225:15-18. I also testified to checking Apple's iPhone iCloud and there was nothing. Donaker Tr., 253:17-254:8.

36. As I testified at my deposition, my personal cellular cellphone, which I had already previously searched for material relating to this litigation, accidentally fell into a pond in July 2022 while I was paddle boarding in Vermont with my family, and after that time, it was broken, and would not turn on. Donaker Tr., 165:22-166:7; 209:9-22.

37. I am not an authorized signatory of Market Securities; however, Erin Baskett, Chief Compliance Officer, is an officer and agent of the company that has signing authority.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 4, 2025 in New York, New York.


By: *Jennifer Donaker*
Jennifer Donaker

# Donaker Dec_FINAL_3.4

Final Audit Report 2025-03-04

| | |
|---|---|
| Created: | 2025-03-04 |
| By: | Kerry Brownlee (kbrownlee@ipcounselors.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdrRxfFulpk6iInWTZ4N_MkeqO_I-2jQK |

## "Donaker Dec_FINAL_3.4" History

- Document created by Kerry Brownlee (kbrownlee@ipcounselors.com)
  2025-03-04 - 2:27:45 PM GMT

- Document emailed to Jennifer Donaker (jennifer.donaker@market-securities.us.com) for signature
  2025-03-04 - 2:28:30 PM GMT

- Email viewed by Jennifer Donaker (jennifer.donaker@market-securities.us.com)
  2025-03-04 - 2:28:49 PM GMT

- Document e-signed by Jennifer Donaker (jennifer.donaker@market-securities.us.com)
  Signature Date: 2025-03-04 - 2:30:09 PM GMT - Time Source: server

- Agreement completed.
  2025-03-04 - 2:30:09 PM GMT

Adobe Acrobat Sign