# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br>    *Plaintiff*,<br><br>    v.<br><br>MARKET SECURITIES, LLC,<br>    *Defendant*. | CIVIL ACTION NO.: 22-1333 (BAH) |

### DEFENDANT'S RESPONSE TO COURT'S MINUTE ORDER OF MARCH 13, 2025

Defendant Market Securities, LLC ("Defendant" or "Market Securities"), by and through its undersigned counsel, hereby responds to the Court's directive at the hearing on March 13, 2025, and ensuing minute order of the same date, wherein the Court directed Defendant to "produce to plaintiff and the Court, by March 18, 2025, information clarifying the affiliations among the different Market Securities corporate entities under the same holding company with defendant, which entities were discussed at the discovery hearing, disclosing the officers and directors of each entity, and identifying which officers and directors serve simultaneously on more than one of these affiliated entities". *Dkt. No. 64*. Defendant hereby submits the Declaration of Sean Fogarty in Response to Court's Minute Order of March 13, 2025 herewith, which details the information requested by the Court.

Dated: March 18, 2025               Respectfully submitted,

                                    **EPSTEIN DRANGEL LLP**

                                    */s/ Kerry B. Brownlee*
                                    Kerry B. Brownlee
                                    NY Bar No. 5309075
                                    kbrownlee@ipcounselors.com
                                    Jason M. Drangel (JD 7204)
                                    NY Bar No. 2538981
                                    jdrangel@ipcounselors.com

60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Defendant*
*Market Securities, LLC*
*PRO HAC VICE*

2