UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>*Plaintiff*<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>*Defendant* | CIVIL ACTION NO.: 22-1333 (BAH) |

**DECLARATION OF SEAN FOGARTY IN RESPONSE TO COURT'S MARCH 13, 2025 MINUTE ORDER**

I, Sean Fogarty, hereby declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this declaration and such statements are true and correct.

2. I am Head of Legal at Kyte Broking Limited, and have served in this role since May 20, 2015.

3. I am also General Counsel for Defendant Market Securities, LLC ("Market Securities" or "Defendant"), and have served in this role since in or about November 2016.

4. I make and submit this declaration in response to the Court's Minute Order, issued March 13, 2025, wherein it directed Defendant to "produce to plaintiff and the Court, by March 18, 2025, information clarifying the affiliations among the different Market Securities corporate entities under the same holding company with defendant, which entities were

1

discussed at the discovery hearing, disclosing the officers and directors of each entity, and identifying which officers and directors serve simultaneously on more than one of these affiliated entities." *Dkt. No. 64*.

5. Defendant is a limited liability company organized under the laws of the State of Delaware, with its principal place of business at 75 Broad Street, 7th Floor, New York, NY 10004.

6. Defendant is registered with the New York Department of State to conduct business in the State of New York.

7. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's organizational chart that was produced to Plaintiff in this litigation in 2023,[1] which identifies Market Securities Holdings, Inc. as Defendant's parent company.

8. Attached hereto as **Exhibit B** is a true and correct copy of a FINRA BrokerCheck Report for Defendant that was produced to Plaintiff in this litigation in 2023, which identifies Market Securities Holdings, Inc. as Defendant's sole member, along with Defendant's affiliated entities.

9. Attached hereto as **Exhibit C** is a true and correct copy of the current group structure for Market Securities Group, which identifies all companies within said group.

10. The chart below identifies the entities within the Market Securities Group, and each entity's respective board of directors or the equivalent for that particular entity type and jurisdiction:

| Entity | Board of Directors/Management Committee |
|---|---|
| Market Securities Group Limited | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour |
| Baker 55 Limited | Alain Fellous, Kamal Haider, Olivier Kopf |

---

[1] Given the passage of time, certain information that is on Exhibit A, which was produced to Plaintiff in 2023, is out of date. By way of example, David Lackenby and Matt McCarthy no longer work for Defendant.

| Entity | Board of Directors/Management Committee |
|---|---|
| Market Securities LLP | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour |
| Kyte Broking Group Limited | Alain Fellous, Kamal Haider, Olivier Kopf |
| Kyte Broking Holdings Limited | Alain Fellous |
| Kyte Broking Limited | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour |
| Market Securities Holdings, Inc. | Alain Fellous, Kamal Haider, Olivier Kopf |
| Market Securities LLC | Market Securities Holdings, Inc. (sole member of Market Securities LLC) |
| Market Securities (Dubai) Limited | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour, Hani Jabbour |
| Market Securities (France) SA | Michael Maruani, Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour |
| Market Securities (Hong Kong) Limited | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour, Emmanuel Faure |
| Market Securities Sarl | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour, Thomas Leriche |
| Market Securities (Monaco) S.A.M | Michael Maruani, Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour |
| Montec Capital SA | Alain Fellous, Kamal Haider, Olivier Kopf, Elie Jabbour, Thomas Leriche |

11. Market Securities Holdings, Inc. is a corporation organized under the laws of the State of Delaware, with its registered address at 901 N. Market Street, Suite 705, Wilmington, County of New Castle, Delaware 19801.

12. Market Securities Holdings, Inc. is the sole member and manager of Defendant.

13. Market Securities Holdings, Inc. does not have any employees, let alone any employees located in the District of Columbia.

14. Market Securities Holdings, Inc. does not have any clients, nor does it solicit or do business in the District of Columbia.

15. Market Securities Holdings, Inc. does not derive any revenue or income from business conducted in or involving the District of Columbia.

16. Market Securities Holdings, Inc. does not own or lease any real property in the District of

Columbia.

17. Market Securities LLP is a limited liability partnership organized and existing under the laws of the England and Wales, with a registered office address of 55 Baker Street, London, W1U 8EW.

18. Market Securities LLP does not have any employees located in the United States or the District of Columbia.

19. Market Securities LLP does not have any clients, nor does it solicit or do business in the District of Columbia.

20. Market Securities LLP does not own or lease any real property in the District of Columbia.

21. Market Securities LLP does not derive any revenue or income from business conducted in or involving the District of Columbia.

I declare under the penalty of perjury that, under the laws of the United States of America, to the best of my knowledge, the foregoing is true and correct.

Executed on March 18, 2025 in London, United Kingdom.

By: *Sean Fogarty*
Sean Fogarty (Mar 18, 2025 18:07 GMT)
Sean Fogarty

4

# Client Dec_FINAL

Final Audit Report                                         2025-03-18

| | |
|---|---|
| Created: | 2025-03-18 |
| By: | Kerry Brownlee (kbrownlee@ipcounselors.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACJc9ejZQjfkTJvYTO4FbENzzEpcEjqs9 |

## "Client Dec_FINAL" History

- Document created by Kerry Brownlee (kbrownlee@ipcounselors.com)
  2025-03-18 - 6:05:28 PM GMT

- Document emailed to Sean Fogarty (sean.fogarty@market-securities.com) for signature
  2025-03-18 - 6:05:58 PM GMT

- Email viewed by Sean Fogarty (sean.fogarty@market-securities.com)
  2025-03-18 - 6:06:12 PM GMT

- Document e-signed by Sean Fogarty (sean.fogarty@market-securities.com)
  Signature Date: 2025-03-18 - 6:07:57 PM GMT - Time Source: server

- Agreement completed.
  2025-03-18 - 6:07:57 PM GMT

Adobe Acrobat Sign