# EXHIBIT A



MARKETSECURITIES00000092