# EXHIBIT B



**BrokerCheck Report**
# MARKET SECURITIES, LLC
CRD# 283701

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 5 |
| Firm History | 6 |
| Firm Operations | 7 - 14 |

 Please be aware that fraudsters may link to BrokerCheck from phishing and similar scam websites, trying to steal your personal information or your money. Make sure you know who you're dealing with when investing, and contact FINRA with any concerns.
For more information read our investor alert on imposters.

MARKETSECURITIES00000074

**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

MARKETSECURITIES00000075

www.finra.org/brokercheck

User Guidance

**MARKET SECURITIES, LLC**
CRD# 283701
SEC# 8-69765

**Main Office Location**
75 BROAD STREET
7TH FLOOR
NEW YORK, NY 10004
Regulated by FINRA New York Office

**Mailing Address**
9736 RENNES LN
DELRAY BEACH, FL 33446

**Business Telephone Number**
1-636-675-3746

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a limited liability company.
This firm was formed in Delaware on 03/08/2016.
Its fiscal year ends in March.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

**This firm is registered with:**

- the SEC
- 1 Self-Regulatory Organization
- 1 U.S. state or territory

Is this brokerage firm currently suspended with any regulator?   No

This firm conducts 8 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

## Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?     No

FINſa

www.finra.org/brokercheck

User Guidance



# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 03/08/2016.

Its fiscal year ends in March.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**MARKET SECURITIES, LLC**

**Doing business as MARKET SECURITIES, LLC**

**CRD#**   283701

**SEC#**   8-69765

**Main Office Location**

75 BROAD STREET
7TH FLOOR
NEW YORK, NY  10004

**Regulated by FINRA New York Office**

**Mailing Address**

9736 RENNES LN
DELRAY BEACH, FL  33446

**Business Telephone Number**

1-636-675-3746

©2023 FINRA. All rights reserved.    Report about MARKET SECURITIES, LLC

www.finra.org/brokercheck

User Guidance

# Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| Legal Name & CRD# (if any): | MARKET SECURITIES HOLDINGS INC |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Position | SOLE MEMBER |
| Position Start Date | 03/2016 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | |

| | |
|---|---|
| Legal Name & CRD# (if any): | BASKETT, ERIN |
| | 4538604 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF COMPLIANCE OFFICER |
| Position Start Date | 01/2019 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | LOTT, JACOB JAMES |
| | 6897857 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CONTROLLER AND FINOP |
| Position Start Date | 01/2021 |

www.finra.org/brokercheck
**Firm Profile**

User Guidance



### Direct Owners and Executive Officers (continued)

| | |
|---|---|
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

www.finra.org/brokercheck

User Guidance

# Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.



## Indirect Owners

| | |
|---|---|
| Legal Name & CRD# (if any): | MARKET SECURITIES GROUP LTD (HK) |
| Is this a domestic or foreign entity or an individual? | Foreign Entity |
| Company through which indirect ownership is established | MARKET SECURITIES HOLDING INC |
| Relationship to Direct Owner | HOLDING CO |
| Relationship Established | 02/2021 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

www.finra.org/brokercheck 

User Guidance

# Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

No information reported.



©2023 FINRA. All rights reserved.   Report about MARKET SECURITIES, LLC

MARKETSECURITIES00000081

6

www.finra.org/brokercheck

User Guidance

## Firm Operations

### Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 1 SRO and 1 U.S state or territory.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 10/17/2016 |

### SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:     Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:      No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 10/17/2016 |

www.finra.org/brokercheck

User Guidance

**Firm Operations**



**Registrations (continued)**

| U.S. States & Territories | Status | Date Effective |
|---|---|---|
| New York | Approved | 11/01/2016 |

©2023 FINRA. All rights reserved.    Report about MARKET SECURITIES, LLC

MARKETSECURITIES00000083

8

www.finra.org/brokercheck

User Guidance

# Firm Operations

## Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 8 types of businesses.**

### Types of Business

| |
|---|
| Broker or dealer retailing corporate equity securities over-the-counter |
| Broker or dealer selling corporate debt securities |
| U S. government securities dealer |
| U S. government securities broker |
| Put and call broker or dealer or option writer |
| Trading securities for own account |
| Private placements of securities |
| Other - 15A-6: CHAPERONING BROKER-DEALER PRIVATE PLACEMENT OF SECURITIES (AGENT ONLY) INCLUDES COLLATERALIZED LOAN OBLIGATIONS |

### Other Types of Business

This firm does effect transactions in commodities, commodity futures, or commodity options.
This firm does not engage in other non-securities business.
Non-Securities Business Description:

www.finra.org/brokercheck

User Guidance

# Firm Operations



## Clearing Arrangements

This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).

## Introducing Arrangements

This firm does refer or introduce customers to other brokers and dealers.

| | |
|---|---|
| **Name:** | RBC CAPITAL MARKETS, LLC |
| **CRD #:** | 31194 |
| **Business Address:** | 3 WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY  10281 |
| **Effective Date:** | 06/21/2021 |
| **Description:** | MARKET INTRODUCES CUSTOMERS TO RBC PURSUANT TO A FULLY DISCLOSED CLEARING ARRANGEMENT. |

www.finra.org/brokercheck                                                                                       User Guidance

## Firm Operations

### Industry Arrangements

This firm does not have books or records maintained by a third party.

This firm does not have accounts, funds, or securities maintained by a third party.

This firm does not have customer accounts, funds, or securities maintained by a third party.

### Control Persons/Financing

This firm does not have individuals who control its management or policies through agreement.

This firm does not have individuals who wholly or partly finance the firm's business.

www.finra.org/brokercheck

User Guidance



# Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**
- in control of
- controlled by
- or under common control with

the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.

**MARKET SECURITIES (HONG KONG) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 5F UNITED CENTER<br>95 QUEENSWAY<br>ADMIRALTY, HONG KONG |
| Effective Date: | 08/07/2020 |
| Foreign Entity: | Yes |
| Country: | HONG KONG |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE FOUR SHAREHOLDERS OF THE PARENT COMPANY OF THE APPLICANT ARE ALSO THE BENEFICIAL OWNERS OF THIS HONG KONG REGULATED ENTITY |

**MARKET SECURITIES (FRANCE) SA is under common control with the firm.**

| | |
|---|---|
| Business Address: | 25 RUE BALZAC<br>PARIS, FRANCE  75008 |
| Effective Date: | 07/31/2019 |
| Foreign Entity: | Yes |
| Country: | FRANCE |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE FOUR SHAREHOLDERS OF THE PARENT COMPANY OF THE APPLICANT ARE ALSO THE BENEFICIAL OWNERS OF THIS FRANCE REGULATED ENTITY |

# Firm Operations

## Organization Affiliates (continued)

**MARKET SECURITIES (DUBAI) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | MIRATES FINANCIAL TOWERS NORTH TOWER, SUITE 2004<br>DUBAI, UNITED ARAB EMIRATES |
| Effective Date: | 10/22/2013 |
| Foreign Entity: | Yes |
| Country: | UNITED ARAB EMIRATES |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE FOUR SHAREHOLDERS OF THE SOLE MEMBER OF THE LLC, ARE THE SAME FOUR SHAREHOLDERS OF THIS ENTITY. |

**MARKET SECURITIES LLP is under common control with the firm.**

| | |
|---|---|
| Business Address: | 55 BAKER STREET<br>LONDON, UNITED KINGDOM  W1U 8EW |
| Effective Date: | 03/03/2010 |
| Foreign Entity: | Yes |
| Country: | UNITED KINGDOM |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE FOUR SHAREHOLDERS OF THE PARENT COMPANY OF THE APPLICANT ARE ALSO THE BENEFICIAL OWNERS OF THIS FCA REGULATED ENTITY (REFERENCE NO. 519097) |

**KYTE BROKING LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 55 BAKER STREET<br>LONDON, UNITED KINGDOM  W1U 8EW |
| Effective Date: | 03/03/2010 |
| Foreign Entity: | Yes |
| Country: | UNITED KINGDOM |
| Securities Activities: | Yes |

www.finra.org/brokercheck

# Firm Operations

User Guidance



## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | THE FOUR SHAREHOLDERS OF THE PARENT COMPANY OF THE APPLICANT, ARE ALSO THE BENEFICIAL OWNERS OF THIS FCA REGULATED ENTITY (REFERENCE NO. 174863) |

This firm is not directly or indirectly, controlled by the following:
- bank holding company
- national bank
- state member bank of the Federal Reserve System
- state non-member bank
- savings bank or association
- credit union
- or foreign bank

©2023 FINRA. All rights reserved.    Report about MARKET SECURITIES, LLC        MARKETSECURITIES00000089    14

www.finra.org/brokercheck

User Guidance

End of Report



This page is intentionally left blank.