# EXHIBIT C

Market Securities Group
Current Group Structure
as at:
15 January 2025
Alain Fellous
UK
0.1%
100 %
Grand Belvedere SPF SARL (LUX)
24.69%
John Barr UK
Kamal Haider UAE
Olivier Kopf UAE
Hani Jabbour UAE
Elie Jabbour UAE
Michael Maruani
Christophe Barraud
0.1%
0.1%
3.47%
0.1%
6.00%
0.1%
10%
16.46%
24.69%
24.69%
Market Securities Group Limited
100%
Baker 55 Limited
100%
Market Securities LLP
100%
Kyte Broking Group Ltd.
100%
Kyte Broking (Holdings) Ltd.
100%
Kyte Broking Ltd.
100%
Market Securities Holdings Inc.
100%
Market Securities LLC
100%
Market Securities (Dubai) Ltd.
100%
Market Securities (France) SA
Market Securities (Dubai) Ltd holds 1 share in Market Securities (France) SA representing 1/2,100,000 shares
100%
Market Securities (Hong Kong) Ltd.
100%
Market Securities SARL
89.5%
Market Securities (Monaco) SAM
51%
Montec Capital SA
34%
15%
Mathieu Gilbert
Thomas Leriche

