UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>*Defendant*. | Civil Action No. 1:22-cv-1333-BAH |

### RESPONSE TO PLAINTIFF'S OWN SUPPLEMENTAL REPORT

Yesterday, after filing the joint status report that included the information that the Court requested in its May 14, 2025, Minute Order, Plaintiff DBW Partners, LLC d/b/a Capitol Forum ("Plaintiff") unilaterally submitted a separate "supplemental report" requesting the Court order Defendant Market Securities, LLC ("Defendant") to provide additional information about its witnesses' communications with private counsel. ECF 75. Defendant respectfully requests that the Court deny Plaintiff's request because defense counsel has already complied with the Court's request concerning whether certain witnesses have been advised about private counsel. *See* ECF 72.

The Court addressed this issue during the March 13, 2025 hearing. *See* H'rg Tr. 59:22–60:6. Although the subsequent Minute Order requiring the filing of a joint status report on May 13 did not request information about this issue, *see* ECF 64, Defendant nonetheless addressed the issue in the May 13 joint status report, *see* ECF 72.

The purpose of Plaintiff's gratuitous "supplemental report" is entirely unclear. Plaintiff has no basis for requesting additional information, beyond what has already been provided, about Defendant's witnesses' consultations with private counsel, and the request serves only to harass

Defendant's witnesses. Plaintiff states that Defendant should be compelled to comply with Plaintiff's request before an upcoming deposition of Jennifer Donaker on June 11, 2025. But Plaintiff's submission does not—and cannot—explain why. Plaintiff also fails to mention that the deposition is not in this action, but in connection with the parallel case against BTG Pactual Asset Management US L.L.C. pending in the Southern District of New York (Civil Action No. 24-cv-09836-LGS), or that the deposition has been continued to a later date. If a witness affiliated with Defendant retains private counsel to represent the witness in this case or in the BTG Pactual case, Defendant's counsel will promptly inform Plaintiff.

Accordingly, Defendant respectfully requests that the Court deny Plaintiff's improper request.

Dated: May 28, 2025                                              Respectfully submitted,


                                                    By:   /s/ Richard Parker
                                                          Richard Parker
                                                          James H. Weingarten
                                                          Anastasia Pastan
                                                          Milbank LLP
                                                          1850 K Street, N.W.
                                                          Washington D.C. 20006
                                                          202-835-7530
                                                          rparker@milbank.com
                                                          jweingarten@milbank.com
                                                          apastan@milbank.com

Jason M. Drangel
Kerry B. Brownlee
Epstein Drangel
60 East 42nd Street
Suite 1250
New York, New York 10016
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
212-292-5390

John D. Mason
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
301-760-7032

*Counsel for Defendant*