UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>    *Defendant*. | Civil Action No. 1:22-cv-1333-BAH |

## PLAINTIFF'S OWN SUPPLEMENTAL REPORT

Plaintiff DBW Partners, LLC d/b/a The Capitol Forum ("Plaintiff" or "Capitol Forum") respectfully submits this supplemental report to apprise the Court of an additional issue. This filing is necessitated by Defendant' refusal to consent to this issue being raised in the Joint Status Report filed earlier today.

At the hearing on March 13, 2025, the Court stated: "I'm going to want *explicit addressing by you* whether all the people who have been deposed and might have Fifth Amendment issues *have consulted with their own private counsel* (emphasis added). Hr'g Tr. at 60. On May 13, 2025, defendant informed the Court that those witnesses "have been counseled about the potential issues raised at the hearing and have been advised about private counsel" but has not disclosed whether those witnesses "have consulted with their own private counsel," as the Court ordered.

Defendant should be required to comply with the Court's order prior to June 11, 2025, the date on which the deposition of Jennifer Donaker has been scheduled.

Dated: May 27, 2025               Respectfully submitted,


                                  By: */s/ John B. Williams*
                                      John B. Williams (DC Bar #257667)
                                      WILLIAMS LOPATTO PLLC
                                      1629 K Street, N.W. Suite 300
                                      Washington, D.C. 20006
                                      Tel.: (202) 277-8435
                                      jbwilliams@williamslopatto.com

                                      Neil H. Koslowe (DC Bar #361792)
                                      Potomac Law Group, PLLC
                                      1717 Pennsylvania Avenue, N.W.
                                      Suite 1025
                                      Washington, DC 20006
                                      Tel.: (202) 320-8907
                                      nkoslowe@potomaclaw.com

                                      *Counsel for Plaintiff*

2