UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>*Defendant*. | Civil Action No. 1:22-cv-1333-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's May 30, 2025 Minute Order, Plaintiff DBW Partners, LLC d/b/a The Capitol Forum and Defendant Market Securities, LLC respectfully submit this Joint Status Report. The parties have reached a settlement in principle and are currently negotiating the specific terms of a written agreement among them. Accordingly, to permit the parties further time to finalize and execute a settlement agreement, the parties respectfully submit that there is good cause for continuing the stay that is currently in place for another fourteen (14) days, up to and including June 24, 2025, and respectfully request that the Court grant such further stay.

Dated: June 10, 2025                     Respectfully submitted,

                                               By:   */s/ John B. Williams*
                                                     John B. Williams (DC Bar #257667)
                                                     WILLIAMS LOPATTO PLLC
                                                     1629 K Street, N.W. Suite 300
                                                     Washington, D.C. 20006
                                                     Tel.: (202) 277-8435
                                                     jbwilliams@williamslopatto.com

                                                     Neil H. Koslowe (DC Bar #361792)
                                                     Potomac Law Group, PLLC
                                                     1300 Pennsylvania Avenue, NW

Suite 700
Washington, DC 20004
Tel.: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff*


/s/ Kerry B. Brownlee
Kerry B. Brownlee
Jason M. Drangel
Epstein Drangel LLP
60 East 42nd Street
Suite 1250
New York, New York 10165
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
Tel.: 212-292-5390

John D. Mason
Copyright Counselors, LLC
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
Tel.: 301-760-7032

Richard Parker
James H. Weingarten
Anastasia Pastan
Milbank LLP
1850 K Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel.: 202-835-7530
rparker@milbank.com
jweingarten@milbank.com
apastan@milbank.com

*Counsel for Defendant*

2