UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKET SECURITIES, LLC,<br><br>*Defendant*. | Civil Action No. 1:22-cv-1333-BAH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff DBW Partners, LLC d/b/a The Capitol Forum and Defendant Market Securities, LLC, that the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: June 24, 2025

Respectfully submitted,

By: /s/
John B. Williams (DC Bar #257667)
WILLIAMS LOPATTO PLLC
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
Tel.: (202) 277-8435
jbwilliams@williamslopatto.com

Neil H. Koslowe (DC Bar #361792)
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW
Suite 700

Washington, DC 20004
Tel.: (202) 320-8907
nkoslowe@potomaclaw.com

*Counsel for Plaintiff*

/s/_____
Richard Parker
James H. Weingarten
Anastasia Pastan
Milbank LLP
1850 K Street, NW
Suite 1100
Washington, D.C. 20006
Tel.: 202-835-7530
rparker@milbank.com
jweingarten@milbank.com
apastan@milbank.com

Kerry B. Brownlee
Jason M. Drangel
Epstein Drangel LLP
60 East 42nd Street
Suite 1250
New York, New York 10165
jdrangel@ipcounselors.com
kbrownlee@ipcounselors.com
Tel.: 212-292-5390

John D. Mason
Copyright Counselors, LLC
7315 Wisconsin Avenue
Suite 400 West
Bethesda, Maryland 20814
jmason@copyrightcounselors.com
Tel.: 301-760-7032

*Counsel for Defendant*